## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                           NO. 4:08CR00296-02 JLH

JOSE FAUSTINO ORELLANA-CASTRO                                                      DEFENDANT

### ORDER

The government has filed a motion to dismiss the indictment against Jose Faustino Orellana-Castro pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The motion is GRANTED. Document #68. The indictment against Jose Faustino Orellana-Castro is hereby dismissed without prejudice.

IT IS SO ORDERED this 13th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE